IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ANDY ELLIS, JR.                                                                              PLAINTIFF

v.                                                          CIVIL ACTION NO. 1:23-cv-00060-SA-DAS

SPECIALTY ORTHOPEDIC                                         DEFENDANTS
GROUP OF MISSISSIPPI, PLLC, et al.

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on April 18, 2023. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 28th day of April, 2023.

                                                                 /s/ Sharion Aycock
                                                          UNITED STATES DISTRICT JUDGE