**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**ANDY ELLIS, JR.**                                                                       **PLAINTIFF**

**v.**                                                                **No. 1:23-cv-00060-MPM-DAS**

**DAVID ANDREW VECCHIONE, M.D.;**
**MEDTRONIC, INC.; JOHNATHAN BENNETT;**
**and JOHN DOES 1-10**                                                        **DEFENDANTS**

<u>**ORDER GRANTING PLAINTIFF'S MOTION FOR**</u>
<u>**PARTIAL SUMMARY JUDGMENT ON SUBPARAGRAPH SIX OF DEFENDANT'S**</u>
<u>**SIXTH AFFIRMATIVE DEFENSE**</u>

This matter is before the Court on Plaintiff Andy Ellis, Jr.'s Motion for Partial Summary Judgment on Subparagraph Six of Defendant's Sixth Affirmative Defense [454], together with the Itemization of Facts and the Memorandum filed in support thereof. *See* [455] and [456]. By the Motion, Mr. Ellis seeks judgment as a matter of law on the affirmative defense of immunity asserted by Defendant David Andrew Vecchione, M.D., under Miss. Code Ann. § 11-71-7 (the Mississippi Back-to-Business Liability Assurance and Health Care Emergency Response Liability Protection Act) and Executive Order 1471, as set forth at Sixth Defense, ¶ 6 of Defendant David Andrew Vecchione, M.D.'s ("Dr. Vecchione") Answer.

By letter dated June 11, 2026, submitted pursuant to Uniform Local Rule 7(b)(3)(A), counsel for Defendant Dr. Vecchione advised the Court that Dr. Vecchione does not oppose the relief requested in Mr. Ellis' Motion.

Having considered the Motion, the record, and Dr. Vecchione's representation of non-opposition, and being otherwise fully advised in the premises, the Court finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Partial Summary Judgment on Subparagraph Six of Defendant's Sixth Affirmative Defense [Doc. #454] is GRANTED;

2. Partial summary judgment is hereby entered in favor of Plaintiff and against Defendant David Andrew Vecchione, M.D., on the affirmative defense of immunity under Miss. Code Ann. § 11-71-7 and Executive Order 1471, as asserted in Subparagraph Six of Defendant's Sixth Affirmative Defense;

3. Dr. Vecchione, his counsel, and his witnesses are prohibited from introducing, referencing, or offering any evidence, testimony, or argument at trial concerning the COVID-19 pandemic, Miss. Code Ann. § 11-71-7, or Executive Order 1471; and

4. No jury instruction referencing or premised upon the COVID-19 pandemic, Miss. Code Ann. § 11-71-7, or Executive Order 1471 shall be given in this case.

SO ORDERED, this the 25th day of June, 2026.

       /s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

2